**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**17-238,
Consolidated with 17-237,
Consolidated with 17-239**

**IN THE MATTER OF PROFESSIONAL LIABILITY CLAIM OF BRIAN**

**SNAVELY, ET AL.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2011-0381; C/W 2014-3917; C/W 2014-5373
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**D. KENT SAVOIE
JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Elizabeth A. Pickett, D. Kent Savoie, and Van H. Kyzar, Judges.

**PRESCRIPTION EXCEPTION GRANTED; DISMISSED.**

**Alan K. Breaud**
**Timothy W. Basden**
**Breaud & Meyers**
**600 Jefferson Street, Suite 1101**
**Lafayette, LA 70502**
**(337) 266-2200**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **Ace Pain Management, LLC**
    **Rice Medical Management, LLC**
    **Margaret Rice, M.D., APMLLC**
    **Margaret A. Rice, M.D.**
    **Stacey E. Singleton**

**Joseph Lomax Jordan, Jr.**
**Max Jordan, Lawyer**
**1817 W. University Ave.**
**Lafayette, LA 70506**
**(337) 233-9984**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    **Linda M. Snavely**

**James H. Gibson**
**Charles M. Kreamer**
**Michael O. Adley**
**Allen & Gooch**
**2000 Kaliste Saloom Rd, Ste. 400 (70508)**
**P. O. Drawer 81129**
**Lafayette, LA 70598-1129**
**(337) 291-1000**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **J. Lomax Jordan, Jr.**

**SAVOIE, Judge.**

For the reasons set forth in *Snavely v. Ace Pain Management, LLC.* 17-237 (La.App. 3 Cir. __/__/17), __ So.3d ___, the exception of prescription filed by Ms. Snavely and J. Lomax Jordan is granted. Defendants' motions seeking attorney fees as sanctions filed in each of the three consolidated matters are dismissed with prejudice. All costs of this appeal are assessed to Defendants.

**PRESCRIPTION EXCEPTION GRANTED; DISMISSED WITH PREJUDICE.**